**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| COURTNEY SUSSER, et al.<br>　　　　　Plaintiffs, | Case No. 1:22-cv-00051 |
| v. | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, et al.<br>　　　　　Defendants. | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

---

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Keith Altman will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of the movant, a member of the firm of The Law Office of Keith Altman and a member in good standing of the bars of the States of California and Michigan, as attorney pro hac vice to argue or try this case in whole or in part as

counsel for Plaintiff Courtney Susser. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 25, 2022

Respectfully submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com