# AFFIDAVIT OF SERVICE

| Case: 22-CV-51 | Court: United States District Court - Eastern District of New York | County: Richmond | Job: 6889396 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Courtney Susser | | **Defendant / Respondent:** New York Department of Education, Curtis High School Adult Practical Nursing Program, et al | |
| **Received by:** First Class Process Servers & Investigations, LLC. | | **For:** K Altman Law | |
| **To be served upon:** Curtis High School Adult Practical Nursing Program | | | |

I, Gregory Naeder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Eric Ritter for Curtis High School Adult Practical Nursing Program, 105 Hamilton Ave, Staten Island, NY 10301

**Manner of Service:** Authorized, Apr 4, 2022, 2:11 pm EDT

**Documents:** Summons and Complaint

**GPS Coordinates and Timestamp:** 40.64495940694027, -74.08042221766428

**Additional Comments:**

1) Successful Attempt: Apr 4, 2022, 2:11 pm EDT at 105 Hamilton Ave, Staten Island, NY 10301 received by Eric Ritter for Curtis High School Adult Practical Nursing Program. Age: 45-50; Ethnicity: Caucasian; Gender: Male; Weight: 225; Height: 6'1"; Hair: Gray; Eyes: Blue; Relationship: Assistant Principal ;

Service was completed inside the administrative office. The full packet of documents were left with the assistant principal who was reluctant to cooperate and tried to refer me to the department of education head quarters. He refused to accept in hand so I left them conspicuously in his presence inside the schools main administrative office

_____   04/06/2022
Gregory Naeder                Date
2099651-DCA

First Class Process Servers & Investigations, LLC.
25 Hyatt Street Suite 302
Staten Island , NY 10301
718-376-0700

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public

04-06-2022
Date                Commission Expires

JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 20 25