# AFFIDAVIT OF SERVICE

| Case:<br>22-CV-51 | Court:<br>United States District Court - Eastern District of New York | County:<br>Richmond | Job:<br>6889388 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Courtney Susser | | Defendant / Respondent:<br>New York Department of Education, Curtis High School Adult Practical Nursing Program, et al | |
| Received by:<br>First Class Process Servers & Investigations, LLC. | | For:<br>K Altman Law | |
| To be served upon:<br>New York Department of Education | | | |

I, Gregory Naeder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lamar Reid for New York Department of Education, NYC Law department- office of Corporation Counsel : 100 Church Street , New York, NY 10007

**Manner of Service:** Government Agency, Apr 5, 2022, 1:51 pm EDT

**Documents:** Summons and Complaint

**GPS Coordinates and Timestamp:** 40.71346990099684, -74.00974959389266

**Additional Comments:**
1) Unsuccessful Attempt: Apr 1, 2022, 4:02 pm EDT at 52 Chambers Street , New York, NY 1000
Service of summons and complaints was rejected at this location. They only accept subpoenas. I was referred to 100 Church Street, the location of the NYC Law Departments office of Corporation Counsel, but that location is only open for receiving process on Tuesdays and Thursdays

2) Successful Attempt: Apr 5, 2022, 1:51 pm EDT at NYC Law department- office of Corporation Counsel : 100 Church Street , New York, NY 10007 received by Lamar Reid for New York Department of Education. Age: 35-40; Ethnicity: African American; Gender: Male; Weight: 175; Height: 5'9"; Hair: Black; Eyes: Brown;
Service was completed at the NYC Law Department office of Corporation Counsel. Accepted by the docketing clerk inside the messenger center

_____  04/06/2022
Gregory Naeder                Date
2099651-DCA

First Class Process Servers & Investigations, LLC.
25 Hyatt Street Suite 302
Staten Island , NY 10301
718-376-0700

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

04-06-2022
Date            Commission Expires

JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 20 25