

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

July 6, 2022

**Via CM/ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Susser v. New York City Department of Education, et al.*
                *Case No. 1:22-cv-00051-AMD-VMS*

Your Honor,

      A Pre-Motion Conference is scheduled for August 9, 2022 at 2:30 p.m. with the Honorable Ann M. Donnelly, in Courtroom 4G North. Plaintiff's counsel respectfully requests to be allowed to appear telephonically for this conference, as they are located in the State of Michigan.

                                                Respectfully,

                                                Keith Altman, Esq.