

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

August 5, 2022

**Via CM/ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Susser v. New York City Department of Education, et al.*
               Case No. 1:22-cv-00051-AMD-VMS

Your Honor,

      Due to a conflict of scheduling that has come up with regards to the August 9, 2022 Pre-Motion Conference, the parties respectfully request that the conference be rescheduled to another agreed upon date. Counsel for Plaintiff conferred with Defendant's counsel on July 15, 2022 via email and they have consented to the rescheduling of the conference. Counsel for both parties can be available for the Pre-Motion Conference at a time convenient for the Court on either August 16, 2022 or August 19, 2022.

      Counsel further jointly requests to adjourn the deadlines for the case management plan and the initial conference to a date after the pre-motion conference, as they are currently scheduled for August 16 and August 23.

      We thank the Court for its consideration of the above.

                                                                           Respectfully,

                                                                           Keith Altman, Esq.

KA/mcb
cc: Hannah J. Sarokin (*via CM/ECF*)