UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

COURTNEY SUSSER

                                            Plaintiff,

                -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
*et al.*,

                                            Defendants.

22-CV-51 (AMD)(VMS)

**MOTION TO WITHDRAW AS COUNSEL**

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern District of New York, I, **HANNAH J. SAROKIN**, Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants NEW YORK CITY DEPARTMENT OF EDUCATION and CURTIS HIGH SCHOOL ADULT PRACTICAL NURSING PROGRAM, in the above-referenced action, respectfully requests that the Court withdraw my appearance in this matter, as I am leaving the General Litigation Division of the Office of the Corporation Counsel effective September 12, 2022 and am no longer assigned to this defense. The Office of the Corporation Counsel will continue to serve in such capacity and another Assistant Corporation Counsel will be promptly assigned to this matter.

Accordingly, I respectfully request that the Court grant my request to withdraw as counsel and that my appearance be removed from the docket.

Dated: September 12, 2022
       New York, New York

                        **HON. SYLVIA O. HINDS-RADIX**
                        Corporation Counsel of the City of New York
                        *Attorney for Defendants*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-5036
                        hsarokin@law.nyc.gov

            By:    */s/*_____
                      Hannah J. Sarokin
                      Assistant Corporation Counsel

cc: all counsel of record