UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

COURTNEY SUSSER, et al.,

                                        Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

1:22CV00051 (AMD) (VMS)

        **PLEASE TAKE NOTICE** that Defendants New York City Department of Education and Curtis High School Adult Practical Nursing Program hereby appear in the above-captioned action by and through the undersigned attorney.

Dated:       New York, New York
                September 16, 2022

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel of the City of New York
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-3586
                                          csingh@law.nyc.gov

                                        By:    */s/ Cindy A. Singh*
                                                  Cindy A. Singh
                                                  Assistant Corporation Counsel

cc:       BY ECF
           *all counsel of record*