**Via CM/ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

September 19, 2022

    Re:   *Susser v. New York City Department of Education, et al.*
            Case No. 1:22-cv-00051-AMD-VMS
            **Joint Status Update**

Dear Judge Donnelly,

    Pursuant to the Court's August 19, 2022, Scheduling Order, the parties submit his joint status letter describing the issues to be discussed at the October 25, 2022, status conference in this matter.

    Plaintiff's Position: Plaintiff believes the parties and the Court should discuss three issues at the October 25, 2022, status conference: (1) furtherance of case; and (2) the status of discovery.

    <u>Furtherance of the Case:</u>
    Plaintiff's claims are based on Plaintiff's wrongful dismissal. Defendants have filed the Pre-Motion letter to bring a Motion to Dismiss. ECF 12. To date, the Court has not issued a ruling on whether Defendants can bring their Motion to Dismiss. Plaintiff maintains that her claims are viable. Should Defendants be allowed to bring a Motion to Dismiss before the Court, Plaintiff will respond accordingly.

    <u>Status of Discovery:</u>
    Discovery has not yet been served in the case as it was stayed pending the outcome of Defendants Pre-Motion Letter. Plaintiff respectfully requests that

discovery be opened and allow Plaintiff to serve discovery on the Defendants in furtherance of the case.

<u>Defendant's Position:</u> Plaintiff sought out Defendant's position in the joint status letter. Defendant's position was not provided prior to the filing deadline.

Respectfully submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*