<u>**Via CM/ECF**</u>
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201


October 11, 2022


      **Re:**   ***Susser v. New York City Department of Education, et al.***
              **Case No. 1:22-cv-00051-AMD-VMS**
              **Joint Status Update**

Dear Judge Donnelly,

    Pursuant to the Court's Scheduling Order issued on August 19, 2022, the parties submit this joint status letter requesting that the October 25, 2022, be adjourned pending the resolution of Defendant's Motion to Dismiss.

    The Court issued an Order on October 10, 2022, approving Defendant's Pre-Motion Letter to file their Motion to Dismiss. Defendant's Motion to Dismiss is to be filed with the Court on or before November 4, 2022. The Motion is to be fully briefed by December 20, 2022.

    Plaintiff, with the consent of Defendants, respectfully request that the Court adjourn the October 25, 2022, Conference.


Respectfully submitted,


Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375

Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*


cc: Cindy Singh, *Attorneys for Defendants*