

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Cindy A. Singh<br>Tel.: (212) 356-3586<br>csingh@law.nyc.gov |

November 1, 2022

**VIA ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: ***Susser v. New York City Department of Education, et al.***
       **1:22-cv-00051-AMD-VMS**

Dear Judge Donnelly:

   I am the Assistant Corporation Counsel assigned to the defense of the New York City Department of Education and the Curtis High School Adult Practical Nursing Program (collectively "Defendants") in the above referenced matter. I write to request a 35-day extension of the dates currently set by the court for Defendants' motion to dismiss. Specifically, I request that the due date for: i) Defendants' motion to dismiss be extended from November 4, 2022 to December 9, 2022; ii) Plaintiff's opposition be extended from December 5, 2022 to January 9, 2023; and iii) Defendants' reply be extended from December 20, 2022 to January 24, 2023.

   By order dated October 4, 2022, this Court set the following briefing schedule for Defendants' motion to dismiss the Complaint in this matter: i) Defendants' motion to dismiss is due on November 4, 2022; ii) Plaintiff's opposition is due on December 5, 2022; and iii) Defendants' reply is due on December 20, 2022.

   I am requesting a 35-day extension of time for the above briefing schedule due to my professional obligations in other matters, including without limitation, discovery obligations, court conferences, and motion practice in multiple matters. Plaintiff does not oppose the requested extension of time. This is the first request for an extension of time of the briefing schedule set for the motion to dismiss.

- 2 -

      Accordingly, Defendants respectfully request that the Court grant an extension of the briefing schedule for the motion to dismiss, such that i) Defendants' motion to dismiss is due on December 9, 2022, ii) Plaintiff's opposition is due on January 9, 2023; and iii) Defendants' reply is due on January 24, 2023.

      Thank you for your consideration of this correspondence.

                                                                Respectfully,

                                                                 /s/

                                                                Cindy Singh
                                                                Assistant Corporation Counsel

cc:      All Counsel of Record (by ECF)