UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

COURTNEY SUSSER,

                             Plaintiff,                    22-cv-00051 (AMD) (VMS)

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION (in its official capacity); CURTIS HIGH SCHOOL ADULT PRACTICAL NURSING PROGRAM (in its official capacity) and DOES 1-10, whose true names are unknown (in their individual capacities),              **NOTICE OF MOTION**

                             Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants New York City Department of Education and Curtis High School Adult Practical Nursing Program's Motion to Dismiss the Complaint, dated December 9, 2022, and all other papers and proceedings had herein, Defendants New York City Department of Education and Curtis High School Adult Practical Nursing Program, by their attorney, Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will move this Court, before the Honorable Ann Donnelly, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety as against Defendants New York City Department of Education and Curtis High School Adult Practical Nursing Program and granting Defendants New York City Department of Education and Curtis High School Adult Practical Nursing Program such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be filed by January 9, 2023, and reply papers, if any, shall be filed on or before January 24, 2023.

Dated:       December 9, 2022
             New York, New York

                                        **HON. SYLVIA O. HINDS-RADIX**
                                        Corporation Counsel
                                            of the City of New York
                                        *Attorney for Defendants*
                                        *New York City Department of Education*
                                        *Curtis High School Adult Practical Nursing*
                                        *Program*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-3586
                                        csingh@law.nyc.gov

                                        By: _____/s/_____
                                             Cindy Singh
                                             Assistant Corporation Counsel

cc:

**via ECF**
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Tel. 248-987-8929
keithaltman@kaltmanlaw.com

*Attorney for Plaintiff*