

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Cindy A. Singh
Tel.: (212) 356-3586
csingh@law.nyc.gov

January 20, 2023

**VIA ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***Susser v. New York City Department of Education, et al.***
**1:22-cv-00051-AMD-VMS**

Dear Judge Donnelly:

      I am the Assistant Corporation Counsel assigned to the defense of the New York City Department of Education and the Curtis High School Adult Practical Nursing Program (collectively "Defendants") in the above referenced matter. I write to request a two week extension, i.e. from January 24, 2023 to February 7, 2023, of Defendants' time to submit their reply in further support of their motion to dismiss.

      Per the current briefing schedule, Defendants timely submitted their motion to dismiss on December 9, 2022. Plaintiff timely opposed on January 9, 2023. I am requesting the above extension of time due to my professional obligations in other matters. I have been inundated with discovery obligations, court conferences, and motion practice in multiple matters, including two putative class actions in the Eastern District of New York.

      Plaintiff consents to the requested extension of time. This is the first request for an extension of time for Defendants' time to reply. No other dates in this matter shall be affected by the requested extension.

- 2 -

Accordingly, Defendants respectfully request that the Court grant an extension of Defendants' time to submit a reply in further support of their motion to dismiss, from January 24, 2023 to February 7, 2023.

Thank you for your consideration of this correspondence.

Respectfully,

/s/

Cindy Singh
Assistant Corporation Counsel

cc:     All Counsel of Record (by ECF)